IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KEAIRE WEBB, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:26-CV-59-RP |
| | § | |
| HON. BRANDY HALLFORD, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is the Report and Recommendation from United States Magistrate Judge Mark Lane concerning Plaintiff Keaire Webb's ("Plaintiff") Complaint[1] pursuant to 28 U.S.C. § 1915(e). (R. & R., Dkt. 9). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Lane issued his Report and Recommendation on March 11, 2026. (*Id.*). As of the date of this order, Plaintiff has not filed objections to the Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

---

[1] The Court notes here that Plaintiff filed a First Amended Complaint, (Dkt. 6), and Second Amended Complaint, (Dkt. 8), as well and that the Magistrate Judge's Report and Recommendation considered the content of Plaintiff's live complaint at the time, the Second Amended Complaint, (Dkt. 8).

Because Plaintiff has not filed timely objections, the Court reviews the Report and Recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the Report and Recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 9), is **ADOPTED**. Plaintiff's Complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**SIGNED** on April 2, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2